WILLIAM E. THOMSON, JR., SBN 47195
JULIE SHEPARD, SBN 175538
SANJESH P. SHARMA, SBN 203239
HOGAN & HARTSON L.L.P.
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-6701

Attorneys for Plaintiffs
Dr. Francis C. Szoka and Mr. David Larwood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. FRANCIS C. SZOKA, an individual, and DAVID LARWOOD, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN C. WOODLE, et al., <br><br> Defendants. | Case No.: C 02-5524 SI <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE PLAINTIFFS' OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |

Pursuant to Civil Local Rules 6-2 and 7-12, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Dr. Francis C. Szoka and David Larwood (collectively, "Plaintiffs"), and Defendants, Martin C. Woodle, Francis J. Martin, Annie Yau-Young, Carl T. Redemann, and Alza Corporation (collectively, "Defendants"), by and through their undersigned attorneys that:

1. Defendants filed their Bill of Costs on March 21, 2006.

2. Under Civil Local Rule 54-2, plaintiffs' objections to defendants' Bill of Costs is due on March 31, 2006.

3. On March 27, 2006, pursuant to the meet-and-confer requirements of the local rule, plaintiffs' counsel, Sanjesh Sharma, contacted defendants' counsel, Aaron Barlow, requesting a conference in an effort to resolve the parties' disagreement about the taxable costs

claimed in defendants' bill.

4. Defendants' counsel is unavailable for the conference until April 3, 2006, so the parties cannot complete their meet-and-confer obligations before the due date for the filing of plaintiffs' objections.

5. Accordingly, the parties request that the Court extend the date for the filing of plaintiffs' objections to defendants' Bill of Costs from March 31, 2006 to April 7, 2006.

IT IS SO STIPULATED.

Date: March 28, 2006          HOGAN & HARTSON L.L.P.


By: /s/ Sanjesh P. Sharma
    Sanjesh P. Sharma

Attorneys for Plaintiffs
DR. FRANCIS C. SZOKA AND
DAVID LARWOOD

Date: March 28, 2006          JENNER & BLOCK LLP


By: /s/ Steven R. Trybus
    Steven R. Trybus

Attorneys for Defendants
MARTIN C. WOODLE, ANNIE YAU-YOUNG, CARL T. REDEMANN, FRANCIS J. MARTIN, AND ALZA CORPORATION

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March __, 2006          By: /s/ Susan Illston
                              The Honorable Susan Illston
                              Judge, Northern District of California

STIPULATED REQUEST FOR ORDER
EXTENDING TIME TO FILE OBJECTIONS                 2                    CASE NO. C-02 5524 SI
TO DEFENDANTS' BILL OF COSTS

\\\LA - 89186/0001 - 260545 V1

# PROOF OF SERVICE

I, **Dolores Valencia**, declare as follows:

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Hogan & Hartson L.L.P., 500 South Grand Avenue, Suite 1900, Los Angeles, California 90071.

On **March 29, 2006**, I served the foregoing document described as:

**STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE PALINTIFFS' OBJECTIONS TO DEFENDANTS' BILL OF COSTS**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST.**

[ ] **BY MAIL** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** I caused said document to be transmitted by facsimile transmission to the number indicated after the address(es) noted on the attached service list.

[ ] **BY PERSONAL SERVICE** I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[X] **BY ELECTRONIC SERVICE** I caused said document to be e-filed to the e-mail addressed to the number indicated after the address(es) noted above.

[ ] **BY OVERNIGHT COURIER** I caused such envelope to be delivered to UPS for overnight courier service to the offices of the addressee(s) listed on the attached service list.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 29, 2006** at Los Angeles, California.

__**Dolores Valencia**__  
Print Name

__**/s/ Dolores Valencia**__  
Signature

\\\\LA - 89186/0001 - 199158 V63

**SERVICE LIST**

Steve Trybus, Esq.
Harry Roper, Esq.
Aaron Barlow, Esq.
**JENNER & BLOCK**
One IBM Plaza
Chicago, IL 60611-7603
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
E-mail: strybus@jenner.com

David Eiseman, Esq.
**QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-mail: davideiseman@quinnemanuel.com

CASE NO. C-02 5524SI

2